PROB 12B
(4/08) Revised

# United States District Court
## for the
## DISTRICT OF MARYLAND

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Offender: John Thomas
Sentencing Judicial Officer: William M. Nickerson, U.S. District Judge
Court Location: Baltimore, Maryland                         Date of Original Sentence: 06/21/2011
Original Offense: Bank Theft                                Case Number: 09CR00332
        Failed to Report                                             05CR0309
Original Sentence: Time Served with 3 year(s) Supervised Release to follow
Type of Supervision: TSR
Date Supervision Commenced: 06/21/2011                      Date Supervision Expires: 06/20/2014

**CAUSE**

On June 21, 2011, Mr. Thomas appeared before Your Honor for sentencing subsequent to conviction for the offenses of Bank Theft and Violation of Supervised Release. Mr. Thomas was credited with time served and sentenced to 3 years supervised release with the following conditions imposed:

1) Satisfactory participation in a substance abuse treatment program;
2) Satisfactory participation in a mental health treatment program;
3) Satisfactory participation in a vocational or educational progra and ;
4) Defendant shall continue at the Gaudnzia Program in Maryland and later at the Gaudenzia Program in Harrisburg, PA, as deemed necessary by the probation officer.

On June 21, 2011, Mr. Thomas reported to Gaudenzia in Baltimore as instructed. This officer met with Mr. Thomas and treatment staff on a regular basis to monitor his progress and prepare for transfer to the Gaudenzia program in Harrisburg, PA. However, on September 19, 2011, Mr. Thomas was released by medical staff following successful completion of the inpatient dual diagnosis treatment program.

Currently Mr. Thomas is participating in outpatient mental health treatment at King Health Systems, attending outpatient substance abuse treatment sessions at Gaudenzia, attending GED prep classes, and residing with his girlfriend of twenty years in a residence within close proximity to the treatment programs. Additionally, Mr. Thomas is receiving medical care at Jai Medical Center and continues with the application process for SSI disability insurance benefits.

As a result of Mr. Thomas' stability, negative urinalysis, and adherence to this officer's instructions, it is respectfully recommended that the additional conditions be modified to exclude inpatient treatment at the Gaudenzia program in Harrisburg, PA.

**PETITIONING THE COURT**

[   ]   To extend the term of supervision
[ X ]   to modify the conditions of supervision as follows:

The defendant shall satisfactorily complete inpatient treatment at the Gaudenzia Co-Occurring Disorders Program in Baltimore, MD.

Thomas, John
Page 2

| Respectfully Submitted By: | Reviewed and Approved By: |
|---|---|
| *Jason H. Hyde* (signature) | *David Tracy* (signature) |
| Jason Hyde, Mental Health Specialist | David Tracy, Supervisory U.S. Probation Officer |
| October 13, 2011 | 10/19/2011 |
| Date | Date |

## COURT ACTION

[✓] Agree with USPO action
[ ] Schedule a Hearing
[ ] Disagree, Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Disagree, Submit a Request for Warrant or Summons
[ ] Disagree, Other

*William Nickerson* (signature)

William M. Nickerson, Senior U.S. District Judge

10/19/11

Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## District of Maryland

   I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

   The defendant shall satisfactorily complete inpatient treatment at the Gaudenzia Co-Occurring Disorders Program in Baltimore, MD.

Witness: *Jason M Hyde*     Signed: *John Thomas*, Docket No 09CR0332
                                                         05CR0309

10/13/2011
DATE